*Mr. J. Forrest McCutcheon* for petitioner.

No. 815. STATE TAX COMMISSION OF UTAH ET AL. *v.* UNTERMYER ET AL., EXECUTORS. See *ante,* p. 645.

No. 1107. GARRETT *v.* MOORE-McCORMACK CO., INC., ET AL. May 11, 1942. The motion for leave to proceed *in forma pauperis* is granted. The petition for writ of certiorari to the Supreme Court of Pennsylvania is granted. *Mr. Abraham E. Freedman* for petitioner. *Mr. Rowland C. Evans, Jr.* for respondents.

No. 894. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* SPROUSE. May 11, 1942. The order denying certiorari, 315 U. S. 810, is vacated. The petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit is granted. *Solicitor General Fahy* for petitioner.

No. 1094. UNITED STATES *v.* CALLAHAN WALKER CONSTRUCTION CO. May 11, 1942. Petition for writ of certiorari to the Court of Claims granted. *Solicitor General Fahy* for the United States. *Mr. Robert A. Littleton* for respondent.

No. 1100. STRASSBURGER *v.* COMMISSIONER OF INTERNAL REVENUE. May 11, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Leo Brady* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Morton K. Rothschild* for respondent.